[No. 39537-1-II.   Division Two.   July 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA TRENTON
BODEKER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 08-1-00584-4, Toni A. Sheldon, J., entered July
6, 2009. *Affirmed* by unpublished opinion per Worswick,
A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 39719-6-II.   Division Two.   July 27, 2010.]

RALLA KLEPAK, *Respondent*, v. THORSTEN LUNDSGAARDE,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 09-2-00506-4, John P. Wulle, J., entered August
18, 2009. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Penoyar, C.J., and Worswick, J.

[Nos. 38008-1-II; 37831-1-II;   Division Two.   July 29, 2010.]
38021-8-II; 38102-8-II.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD MILTON
WALLER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAWN MARIE
COOPER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WILLIAM
READING, *Appellant*.

Appeals from a judgment of the Superior Court for Thur-
ston County, No. 07-1-02053-9, Chris Wickham, Richard A.
Strophy, and Anne Hirsch, JJ., entered July 15, 2008.
*Affirmed* by unpublished opinion per Quinn-Brintnall, J.,
concurred in by Bridgewater and Hunt, JJ.